# EXHIBIT A





# EpicCare Ambulatory Electronic Medical Record (EMR)

EpicCare combines chart review, order management, and documentation in a fast system that can learn your preferences while you work. It organizes patient information, suggests actions, and guides coordinated care across physical care settings. EpicCare's embedded analytics and population management infrastructure support the transition to value-based care models.

Design highlights include:

- Physician personalization can be done on the fly - with minimal training.
- "Smart Software" features learn your preferences and suggest corrections.
- Intuitive filtering tools simplify longitudinal chart review.
- Navigators bundle related functions into common workflows.
- NoteWriter quickly captures discrete observations
- Patient-entered data flows directly from MyChart to the EpicCare chart.
- Speech recognition captures narrative notes.
- Fast system response times for many concurrent users.
- Decision support - clinical and financial - links to suggested action.
- In Basket automates results review and communication.
- Telemedicine options create cost-savings and patient engagement opportunities for accountable care.
- Dashboards aggregate quality/outcome metrics alongside productivity and financial metrics.




**Meaningful Use Stage 2**
Epic EHRs earned certification in hospital and provider domains. Click for certification details.

**Connecting to the hospital:**

- via an integrated record - the EMR shares its database with the EpicCare Inpatient Clinical System
- via interfaces - Epic Connectivity
- via interoperable record exchange - Epic Interoperability

## Deep Adoption

EpicCare is highly rated by clinical and technical staff alike, leading to deeper adoption and enabling realization of benefits. As of April 2013, 100% of HIMSS Analytics Stage 7 ambulatory practices use EpicCare.

> *"What HIT do ACO Forerunners use? Forerunners have led the movement to integrated enterprise EMRs, and more than three-fourths are using or moving to Epic."* -KLAS ACO 2012: The train has left the station, November 2012

* www.KLASresearch.com
© 2013 KLAS Enterprises, LLC. All rights reserved.
Click here for all award categories.

About Us
Recognition
Software
Clinical Systems
- Ambulatory
- Specialties
- Inpatient
- Connecting Independents
- Departments & Ancillaries
- Interoperability
Mobile & Portals
Access & Revenue
- Practice Management
- Reg/ADT & Hospital Billing
- Managed Care
Enterprise Intelligence
Integrated Core
Connectivity
Services
Meaningful Use
Third Party
Contact

Copyright © 2014 Epic Systems Corporation. All rights reserved. Mobile Privacy Policy. EU Privacy Policy. (608) 271-9000





# Practice Management

## Ambulatory Registration




**Prelude Enterprise Registration** makes registration intuitive, efficient and virtually error-proof. Prelude provides tailored workflows, wizards and extensive error checking to help users complete registrations swiftly and accurately. Rules-based workqueues efficiently organize follow-up activity according to flexible criteria, targeting problem registrations and delegating follow-up to the appropriate staff.

## Scheduling

**Cadence Enterprise Scheduling** makes it easy for users to schedule any type of visit or procedure from anywhere in your organization. It also enhances your ability to keep appropriate slots open, take patient preferences into account and deliver high-quality service that can differentiate your organization.

Cadence serves as an intelligent partner for users, providing context-specific instructions, conflict checking and solutions for complicated appointment searches. Comprehensive rules-based scheduling features accommodate the needs of each clinician, room and piece of equipment – optimizing the use of staff and capital resources throughout your organization.

## Professional Billing

**Resolute Professional Billing** helps reduce A/R days, produces accurate claims, allows paperless collection processes and streamlines data entry. With Resolute, your billing office can easily track revenue from individual billing entities, divisions or markets. Its configurable library of medical necessity checks and charge/claims scrubbing routines help you reduce denials and satisfy demanding payors. The system sends clean, accurate claims using a variety of HIPAA-compliant transaction formats - resulting in prompt and accurate reimbursement.

Resolute's comprehensive reporting tools allow executives to analyze financial performance, leading to more informed operational decisions.

**The Benefits of One Bill**
Organizations that use Epic for both professional and hospital billing can take advantage of integrated Single Billing Office (SBO) features:

- A single bill and payment plan increases patient satisfaction.
- A single account simplifies follow-up and back office staffing.
- A single point of customer service is convenient for patients and simplifies administration.

## Call Management

**Customer Relationship Management/Call Management** enhances customer service communications by storing patient information, service issues, and contact histories in a central location. The system allows users to effectively document, route, monitor, and resolve customer service inquiries from patients. The system's integrated reporting tools help you conduct detailed analysis of your organization's customer service, from evaluating individual patient/staff relationships to measuring the overall responsiveness of an entire facility, entity or department.

* www.KLASresearch.com
© 2013 KLAS Enterprises, LLC. All rights reserved.
Click here for all award categories.

About Us
Recognition
Software
Clinical Systems
- Ambulatory
- Specialties
- Inpatient
- Connecting Independents
- Departments & Ancillaries
- Interoperability

Mobile & Portals
Access & Revenue
- Practice Management
- Reg/ADT & Hospital Billing
- Managed Care

Enterprise Intelligence
Integrated Core
Connectivity
Services
Meaningful Use
Third Party
Contact

Copyright © 2014 Epic Systems Corporation. All rights reserved. Mobile Privacy Policy. EU Privacy Policy. (608) 271-9000