# **EXHIBIT B**

kp.org     Blogs    |   Feeds    |   Contact Us


Share  Our Views, News and Moves

# Fast Facts

 Add to Collection

  |              

## Fast Facts about Kaiser Permanente

Founded in 1945, Kaiser Permanente is one of the nation's largest not-for-profit health plans, serving approximately 9.5 million members, with headquarters in Oakland, Calif. It comprises:

- Kaiser Foundation Hospitals and their subsidiaries
- Kaiser Foundation Health Plan, Inc.
- The Permanente Medical Groups.

At Kaiser Permanente, physicians are responsible for medical decisions. The Permanente Medical Groups, which provide care for Kaiser Permanente members, continuously develop and refine medical practices to help ensure that care is delivered in the most efficient and effective manner possible.

Kaiser Permanente's creation resulted from the challenge of providing Americans medical care during the Great Depression and World War II, when most people could not afford to go to a doctor. Among the innovations it has brought to U.S. health care are:

- prepaid health plans, which spread the cost to make it more affordable
- physician group practice to maximize their abilities to care for patients
- a focus on preventing illness as much as on caring for the sick
- an organized delivery system, putting as many services as possible under one roof.

## Health Plan Membership, by Region:*

Colorado:

Georgia:

Hawaii:

Mid-Atlantic States (VA, MD, DC):

Northern California:

Northwest (Oregon/Washington):

Southern California:

* as of June 31, 2014

## Medical facilities and physicians:**

Hospitals:

Medical Offices:
and other outpatient facilities

Case: 3:14-cv-00740-wmc   Document #: 7-2   Filed: 11/07/14   Page 4 of 6

**Physicians:**

Approximate, representing all specialties

**Nurses:**

Approximate, representing all specialties

**Employees:**

Approximate, representing technical, administrative and clerical employees and caregivers

** as of December 31, 2013

## Annual Operating Revenue:

**2013:** $53.1 billion
**2012:** $50.6 billion
**2011:** $47.9 billion
**2010:** $44.2 billion
**2009:** $42.1 billion
**2008:** $40.3 billion

(for Operating Revenue prior to 2008, consult the most recent report under Thinking Healthy/Annual Reports and then scroll to the bottom of the page.

## Local markets:

| **Northern California:** | **Colorado:** |
| --- | --- |
| Central Valley | Denver |
| Diablo | Colorado Springs |
| East Bay | Boulder |
| Fresno | Pueblo |
| Greater Southern Alameda | |
| Marin/Sonoma | **Georgia:** |
| Napa/Solano | Atlanta |
| Roseville | Athens |
| Sacramento | |
| | **Hawaii:** |

San Francisco

San Jose

San Mateo

Santa Clara

South Sacramento

### Southern California:

Coachella Valley

Kern County

Orange County

West Ventura/Valleys

Inland Empire

Metro Los Angeles/West Los Angeles

San Diego County

Tri-Central Area

Oahu

Kauai

Hawaii

Maui

### Mid-Atlantic States:

Washington, D.C.

Northern Virginia

Suburban Maryland

Baltimore

### Oregon/Washington

Portland

Salem

Vancouver, Wash.

Longview/Kelso, Wash.

+223

Kaiser Permanente Share

News, views and moves from one of America's leading health care providers and not-for-profit health plans.

My Health Manager

Health and Wellness

Health Plans and Services

Locate Our Services

About Us

Terms and Conditions

Privacy Statement

Site Policy

kp.org

Contact Us

Follow Us



© 2014 Kaiser Permanente // kp.org/share