# EXHIBIT C



  (/tataworldwide/index/At-home-in-the-world)   (/alert.aspx) 

हिन्दी (http://www.tata.com/hindi/company/profileinside/hindi-Tata-Consultancy-Services)

 (http://www.youtube.com/user/TataCompanies) (http://twitter.com/TataCompanies)  (http://www.linkedin.com/company/tata-companies)

OUR BUSINESSES (/BUSINESSES/INDEX/OUR-BUSINESSES) / TATA COMPANIES (/COMPANY/INDEX/TATA-COMPANIES) / TATA CONSULTANCY SERVICES

# Tata Consultancy Services

Tata Consultancy Services (TCS) is an IT services, consulting and business solutions organisation that delivers real results to global businesses, ensuring a level of certainty no other firm can match. TCS offers a consulting-led, integrated portfolio of IT, BPO, infrastructure, engineering and assurance services. This is delivered through its unique Global Network Delivery Model$^{TM}$, recognised as the benchmark of excellence in software development.

A part of the Tata group, India's largest industrial conglomerate, TCS has over 285,000 of the world's best trained consultants. The company generated consolidated revenues of $11.6 billion for year ended March 31, 2013 and is listed on the National Stock Exchange and the Bombay Stock Exchange in India.



## Areas of business

## Services

TCS helps clients optimise business processes for maximum efficiency and galvanise their IT infrastructure to be both resilient and robust. TCS offers the following solutions:

- Assurance services
- Business information and performance management
- Business process outsourcing
- Cloud services
- Connected marketing solutions
- Consulting
- Engineering and industrial services
- Enterprise solutions
- iON small and medium businesses
- IT infrastructure services
- IT services
- Mobility solutions and services
- Platform solutions

## Industries

TCS has the depth and breadth of experience and expertise that businesses need to achieve business goals and succeed amidst fierce competition. TCS helps clients from various industries solve complex problems, mitigate risks and become operationally excellent. Some of the industries it serves are:

- Banking and financial services
- Construction
- Energy and utilities
- Government
- Healthcare
- High tech
- Insurance
- Life sciences
- Manufacturing
- Media and information services
- Metals and mining

- Retail and consumer products
- Telecom
- Travel, transportation and hospitality

**Software**

- TCS BaNCS
- TCS MasterCraft
- TCS technology products

## Location

TCS is headquartered in Mumbai, operates in 46 countries and has more than 208 offices across the world.

(/print.aspx)

**MEDIA RELEASES > (/COMPANY/RELEASESINDEX/TATA-CONSULTANCY-SERVICES)**

TCS recognised as a leader in business intelligence services by independent research firm (http://www.northamerica.tata.com/Section/Article/TCS-recognized-as-a-leader-in-business-intelligence-services-by-independent-research-firm?sectid=Q753bw1G5ro%3D )

TCS recognised as a leader in software testing services by NelsonHall (http://www.europe.tata.com/Section/Article/TCS-recognised-as-a-leader-in-software-testing-services-by-NelsonHall?sectid=Q753bw1G5ro%3D )

**MEDIA REPORTS > (/COMPANY/REPORTSINDEX/TATA-CONSULTANCY-SERVICES)**

TCS only Indian firm in top 50 most innovative companies: Boston Consulting Group (http://economictimes.indiatimes.com/tech/ites/tcs-only-indian-firm-in-top-50-most-innovative-companies-boston-consulting-group/articleshow/44974029.cms )

TCS sees digital services as over $5-bn opportunity (http://www.business-standard.com/article/pti-stories/tcs-sees-digital-services-as-over-5-billion-opportunity-114102600144_1.html )

**FEATURE STORIES > (/COMPANY/ARTICLESINDEX/TATA-CONSULTANCY-SERVICES)**



**Betting big on digital (/company/articlesinside/Betting-big-on-digital)**

Tata Consultancy Services is helping clients unlock disruptive business opportunities by leveraging the power of big data and other digital technologies

## CONTACT

Tata Consultancy Services

TCS House, 2nd floor

Raveline Street, Fort

Mumbai 400 001

India

**Phone**: +91 (22) 6778 9035

**Fax**: +91 (22) 6778 9000

**Email**: corporate.office@tcs.com (mailto:corporate.office@tcs.com)

**Website**: www.tcs.com (http://www.tcs.com)

 (http://www.tcs.com/twitter)  (http://www.tcs.com/facebook)  (http://www.tcs.com/linkedin)  (https://plus.google.com/106174146421219809019/)  (http://www.tcs.com/youtube)  (http://www.tcs.com/rss_feeds/Pages/default.aspx)

**ABOUT US** (/aboutus/index/About-us)

**OUR BUSINESSES** (/businesses/index/Our-businesses)

**SUSTAINABILITY** (/sustainability/articlesinside/The-warp-and-woof-of-sustainability)

**MEDIA ROOM** (/media/index/Media-room)

**Sitemap** (/sitemap/sitemap.htm)    **TataWorld** (http://www.tataworld.com/)

**INVESTOR DESK** (/index/investor/Investor-desk)

**CAREERS** (/careers/index/Career)

**CONTACT US** (/article/inside/Contact-us)

 (http://www.youtube.com/user/TataCompanies)

 (http://twitter.com/TataCompanies)  (http://www.linkedin.com/company/tata-companies)

---

Notification (/article/inside/notification) | Job Disclaimer (/article/inside/Job-disclaimer) | Legal Disclaimer (/article/inside/Legal-disclaimer) | Privacy and cookies policy (/article/inside/Privacy-and-cookies-policy) | Copyright © 2014 Tata Sons Ltd