# EXHIBIT D

Home    Worldwide    Careers    Investors    Media                Contact Us    Share    `Search TCS.com`

Services        Software        Industries        Insights        About TCS        Resources        News/Events

**CORPORATE FACTS**

Board of Directors

Leadership Team

Global Alliances

Clients

Subsidiaries

Sponsorships

News & Events

Home > About TCS > Corporate Facts > Subsidiaries

# Subsidiaries

TCS' subsidiaries as on March 31, 2014 include the following:

    Alti Infrastructures Systemes & Reseaux S.A.S.
    Alti HR S.A.S.
    Alti NV
    Alti S.A.
    Alti Switzerland S.A.
    APOnline Limited
    C-Edge Technologies Limited
    CMC Americas Inc.
    CMC eBiz Inc.
    CMC Limited
    Computational Research Laboratories Inc.
    Computational Research Laboratories Limited
    Diligenta 2 Limited
    Diligenta Limited
    MahaOnline Limited
    MGDC S.C.
    MP Online Limited
    MS CJV Investments Corporation
    Nippon TCS Solution Center Limited
    Planaxis Technologies Inc.
    PT Financial Network Services
    PT Tata Consultancy Services Indonesia
    Retail FullServe Limited
    Tata America International Corporation
    Tata Consultancy Services (Africa) (PTY) Ltd.
    Tata Consultancy Services (China) Co., Ltd.
    Tata Consultancy Services (Philippines) Inc.
    Tata Consultancy Services (South Africa) (PTY) Ltd.
    Tata Consultancy Services (Thailand) Limited
    Tata Consultancy Services Argentina S.A.
    Tata Consultancy Services Asia Pacific Pte Ltd.
    Tata Consultancy Services Belgium S.A.
    Tata Consultancy Services Canada Inc.
    Tata Consultancy Services Chile S.A.
    Tata Consultancy Services Danmark ApS
    Tata Consultancy Services De Espana S.A.
    Tata Consultancy Services De Mexico S.A., De C.V.
    Tata Consultancy Services Deutschland GmbH
    Tata Consultancy Services Do Brasil Ltda
    Tata Consultancy Services France SAS
    Tata Consultancy Services Japan Ltd.
    Tata Consultancy Services Luxembourg S.A.
    Tata Consultancy Services Malaysia Sdn Bhd
    Tata Consultancy Services Morocco SARL AU
    Tata Consultancy Services Netherlands BV
    Tata Consultancy Services Osterreich GmbH
    Tata Consultancy Services Portugal Unipessoal Limitada
    Tata Consultancy Services Qatar S.S.C.
    Tata Consultancy Services Sverige AB
    Tata Consultancy Services Switzerland Ltd.
    Tata Information Technology (Shanghai) Company Limited
    TATASOLUTION CENTER S.A

**NEXT STEPS**

From aligning your IT with your business needs to an end-to-end strategy for transforming your enterprise, TCS has the world-class experience and expertise that you need.

Contact a consultant today.

Email TCS:

global.marketing@tcs.com

Find a TCS location:

Worldwide Locations

Share this page
RSS Feeds
Print this page
Email this

TCS e-Serve America, Inc.
TCS e-Serve International Limited
TCS e-Serve Limited
TCS Financial Solutions Australia Holdings Pty Limited
TCS Financial Solutions Australia Pty Limited
TCS Financial Solutions Beijing Co., Ltd.
TCS FNS Pty Limited
TCS Iberoamerica SA
TCS Inversiones Chile Limitada
TCS Italia SRL
TCS Management Pty Ltd.
TCS Solution Center S.A.
TCS Uruguay S. A.
Teamlink
Tescom (France) Software Systems Testing S.A.R.L.
WTI Advanced Technology Limited

**MULTIMEDIA**

Experience certainty with TCS

True certainty of success comes from working with a partner you trust to provide the insight, support and expertise that will propel your business forward. Watch the video to learn how you can count on TCS for results, partnership and leadership.

More Multimedia

**BROCHURES**

A New Way Forward (TCS Corporate Brochure)

Learn about TCS' services and offerings and about our promise to every customer: Experience Results. Experience Partnership. Experience Leadership.

More Brochures

**MULTIMEDIA**

Client Experience: TCS helps BICS keep pace with its exponential growth and drive better results

Watch Pierre Andre Rulmont, CTO, and Ronald MJ Ballet, Director, IT and Offshoring, describe how TCS enabled BICS to ramp up its capabilities, realign its processes to maximize resource optimization and focus on core areas to deliver better services.

More Multimedia

**BROCHURES**

The TCS COIN™ Emerging Technology Trends Report 2011

The TCS Co-Innovation Network (COIN™) is a rich and diverse network that connects entities such as emergent technology companies, research labs of academic institutions, leading technology vendors, venture funds, and several other research bodies to facilitate collaborative IT and IT services innovation for customers.

More White Papers

| Services | Industries | Software | Connect with TCS |
|---|---|---|---|
| Assurance Services | Banking & Financial Services | Digital Software and Solutions |  |
| BI & Performance Management | Energy - Oil & Gas, Oil Field Services and Renewables | TCS BaNCS | Contact us |
| Business Process Services | Government | TCS MasterCraft | Disclaimer |
| Consulting | Healthcare | TCS Technology Products | Privacy Policy |
| Digital Enterprise | High Tech | | Safe Harbor |
| Eco-sustainability Services | Insurance | **Insights** | Sitemap |
| Engineering & Industrial Services | Life Sciences | About TCS | |
| Enterprise Security & Risk Management | Manufacturing | Resources | |
| Enterprise Solutions | Media & Information Services | News & Events | |
| iON Small and Medium Business | Resources - Metals, Mining & Construction | Careers | |
| IT Infrastructure Services | Retail & Consumer Products | Investors | |
| IT Services | Telecom | Media | |
| Platform Solutions | Travel, Transportation & Hospitality | TCS Worldwide | |
| Supply Chain Management | Utilities | | |

© 2010-2014 Tata Consultancy Services Limited. All Rights Reserved                                                                                               A part of the Tata Group