# EXHIBIT E

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through November 3, 2014.

Selected Entity Name: TATA CONSULTANCY SERVICES LIMITED
Selected Entity Status Information
Current Entity Name: TATA CONSULTANCY SERVICES LIMITED
DOS ID #: 3053870
Initial DOS Filing Date: MAY 14, 2004
County: NEW YORK
Jurisdiction: INDIA
Entity Type: FOREIGN BUSINESS CORPORATION
Current Entity Status: ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011
**Chief Executive Officer**
N CHANDRASEKHAVAN
101 PARK AVE 26TH FLR
NEW YORK, NEW YORK, 10178
**Principal Executive Office**
TATA CONSULTANCY SERVICES LIMITED
101 PARK AVE 26TH FLR
NEW YORK, NEW YORK, 10178
**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding
the names and addresses of officers, shareholders or

directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAY 14, 2004 | Actual | TATA CONSULTANCY SERVICES LIMITED |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through November 3, 2014.

Selected Entity Name: TATA AMERICA INTERNATIONAL CORPORATION
Selected Entity Status Information

**Current Entity Name:** TATA AMERICA INTERNATIONAL CORPORATION
**DOS ID #:** 365426
**Initial DOS Filing Date:** MARCH 21, 1975
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chief Executive Officer**
SURYA KANT
101 PARK AVENUE
26TH FLOOR
NEW YORK, NEW YORK, 10178

**Principal Executive Office**
TATA AMERICA INTERNATIONAL CORPORATION
101 PARK AVENUE
26TH FLOOR
NEW YORK, NEW YORK, 10198

**Registered Agent**
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 20000 | Par Value | 10 |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 21, 1975 | Actual | TATA AMERICA INTERNATIONAL CORPORATION |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us