# EXHIBIT F

TCS.com Home | Worldwide | Careers | English | Search TCS.com

## TCS AMERICA

**Services | Software | Industries | Insights | About TCS | Resources | News/Events**



Fundamental Steps for Innovation in the banking industry

 Contact Us

E-mail TCS:
na.marketing@tcs.com

Explore **career** opportunities with us

Office locations:
**United States**

### Client Successes
- McGraw-Hill Education establishes a new operating model for its Digital Transformation journey
- A US-based global professional services firm lowers costs by 30% and increases productivity by over 10%

→ More Resources

### Insights
- A Dozen Ways Insurers Can Leverage Big Data for Business Value
- Mastering Digital Feedback: How the Best Consumer Companies Use Digital Media

### News & Events
- TCS Recognized as Leader and Star Performer in Insurance BPO by Everest Group
- 10th Annual TCS Innovation Forum 2014

→ More News and Events

---

**Services**
- Assurance Services
- BI & Performance Management
- Business Process Services
- Consulting
- Digital Enterprise
- Eco-sustainability Services
- Engineering & Industrial Services
- Enterprise Security & Risk Management
- Enterprise Solutions
- iON Small and Medium Business
- IT Infrastructure Services
- IT Services
- Platform Solutions
- Supply Chain Management

**Industries**
- Banking & Financial Services
- Energy - Oil & Gas, Oil Field Services and Renewables
- Government
- Healthcare
- High Tech
- Insurance
- Life Sciences
- Manufacturing
- Media & Information Services
- Resources - Metals, Mining & Construction
- Retail & Consumer Products
- Telecom
- Travel, Transportation & Hospitality
- Utilities

**Software**
- Digital Software and Solutions
- TCS BaNCS
- TCS MasterCraft
- TCS Technology Products

**Insights**
**About TCS**
**Resources**
**News & Events**
**Careers**
**Investors**
**Media**
**TCS Worldwide**

**Connect with TCS**


Contact us
Disclaimer
Privacy Policy
Safe Harbor
Sitemap

© 2010-2014 Tata Consultancy Services Limited. All Rights Reserved    A part of the Tata Group