# EXHIBIT G

Home | Worldwide | Careers | Investors | Media                                    Contact Us | Share | Search TCS.com

Services | Software | Industries | Insights | About TCS | Resources | News/Events

**TCS TECHNOLOGY PRODUCTS**

mKRISHI

Hosted OSS/BSS Solutions

Resources

News & Events

Home > Services > TCS Technology Products

# TCS Technology Products

Some business challenges exist across industries, particularly those relating to CRM, database integration, knowledge management and other processes that involve huge amounts of data.

TCS' technology products can help you achieve superior operational efficiency and optimize your time, cost and energy investments.

## TCS Knowledge Products

- Exegenix® Intelligent Document Conversion Solutions®
- TCS Digital Certification Services - Public Key Infrastructure - PKI Suite
- TCS Certificate Validation Server

## TCS Engineering Products

- TCS Direct Metal Deposition CAM
- TCS Stand Alone Post Processor
- TCS SmartBox - Next Generation Industrial Controller Development Framework
- TCS Sevak - Self Service Terminals
- TCS Rapid Sigma - Six Sigma Solution for Continuous Improvement
- TCS Teamcenter for Medical Devices
- TCS Enterprise Integration and Control Environment (Certified as "Powered by SAP NetWeaver®.")
- TCS Teamcenter for Softlines, Hardlines and Footwear - Retail
- VERICUT - Machine Simulation Software
- TCS Embedded Code Analyzer (TCS ECA)

## TCS Life Sciences & Healthcare Products

- Med Mantra - TCS Hospital Management and Information Solution
- TCS Clin-e2e - Clinical Trial Management Solution
- TCS Silicone Ambulatory ECG Device and Solution
- TCS Bio-informatics Solution

## TCS Banking & Insurance Products

- Tata Accounts Receivable and Billing System (TARABS)
- TCS xCOS™ - Accelerated Customer On-Boarding Solution

## TCS Telecom Products

- TCS' Hosted OSS/BSS Solutions

Tata Consultancy Services' Hosted OSS/BSS (HOBS) - a pre-integrated, pre-modeled solution is a unique amalgamation of Business Process services, IT services, applications & infrastructure to assist all types of service providers at all stages of maturity. A solution based on a open, multi tenanted architecture to drive innovation across every stage of a service provider's lifecycle, HOBS is delivered against committed Business SLAs.

The solution is based on Industry Standards (eTOM, ITIL) and offered as 'Platform-as-a-Service' on 'Build-as-you-Grow' & 'Pay-as-you-Use' commercial models, to ensure low investments and high Return on Investment(ROI). Contained in it is a range of comprehensive market ready solutions such as Customer Relationship Management, Order Management and Provisioning, Revenue management, Enterprise management, Inventory

**NEXT STEPS**

From aligning your IT with your business needs to an end-to-end strategy for transforming your enterprise, TCS has the world-class experience and expertise that you need.
Contact a consultant today.

Email TCS:
global.marketing@tcs.com

Find a TCS location:
Worldwide Locations

Share this page
RSS Feeds
Print this page
Email this

**RELATED**

**TCS 2013 TREND STUDY**

The Emerging Big Returns on Big Data

management, Network Management which address to the varying intricacies across the retail as well enterprise segments.The offering is a complete pre-integrated and modular solution owned, hosted, and managed by TCS. This allows the Service Provider to concentrate on enhancing customer value and focus on core business growth.

### Med Mantra - TCS Hospital Management And Information System

TCS' MedMantra is a new age hospital management solution which is set to transform the hospital management and information solution use in hospitals by shifting the focus from recording healthcare to delivering healthcare. The solution has a patient centric approach with intrinsic EMR, strong clinical focus and a full function ERP making it a comprehensive solution for the hospital.

Med Mantra goes beyond hospital automation to help you achieve Patient Care and Satisfaction, Patient Health Management through EMR, Lower Cost of Operations, Effective Decision Making, Capacity Utilization, Resource Optimization, Physician and Staff Productivity, Integration with External Systems, and Statutory Compliance.

With this product, large and medium-sized hospitals can streamline patient care, hospital administration, ancillary services, and clinical support activities. Your health care institution can realize better administration and control, enhanced fund management, better reporting to aid strategic decision making, and improved patient care and satisfaction.

For more details, read the brochure on Med Mantra - TCS Hospital Management and Information System.

To Top

### Tata Accounts Receivable And Billing System (TARABS)

Improving cash flow is critical for every business, as is the need to present accurate, integrated and timely bills to customers and enhance their overall experience. Property and Casualty (P&C) insurance enterprises, such as yours, therefore need a billing and receivable management system that is capable of handling the complex needs of the industry.

TCS offers you Tata Accounts Receivable and Billing System (TARABS). Our solution is equipped with an excellent customer service feature and a premium accounting functionality coupled with the ability to improve the cash flow.

For more details, read Tata Accounts Receivable and Billing System (TARABS).

To Top

### TCS Clin-E2e | Clinical Trial Management Solution

This Clinical Trial Management Solution addresses all four phases of clinical trials. A secure online environment captures electronic data and integrates sites and labs with sponsors. Pharmaceutical companies are able to create customized Case Report Forms (CRF) and investigate clinical data more effectively as they successfully monitor progress of global trial sites, reduce time and cost of clinical trials, and ensure regulatory compliance with global frameworks.

To Top

### TCS Silicone Ambulatory ECG Device And Solution

For assessing patients quickly and correctly to avert cardiac arrests, TCS Silicone provides real-time monitoring of heart condition via ECG (graphical data in Lead II configuration). The information is then transmitted through any available radio frequency communication channel, enabling doctors to decide the immediate course of action. It also has a built-in feature to send diagnostic alerts to a hospital through a mobile phone interface.

To Top

### TCS Bio-Informatics Solution

Address the need for accessible databases and analytical applications that sort and organize the massive amounts of data required in this industry, enabling quick distribution of critical information to researchers. This product assists drug discovery processes from target identification to lead optimization, and addresses four major functional areas: Genomics, Protein Modeling and Structural Analysis, Simulation, and Drug Design. Researchers are assisted by sequence analysis, genome analysis, comparative genomics, 3D modeling, 3D structure manipulations, structural analysis and simulations.

To Top

### VERICUT - Machine Simulation Software

TCS' Engineering and Industrial Services group has been promoting **VERICUT** product line in India since 1992.

VERICUT is a CNC Machine simulation software developed by California-based CGTech that enables you to machine parts on the computer before actual cutting occurs. Using VERICUT, manufacturers can verify the accuracy of the program before it is loaded on the machine, reducing or eliminating the need for the time-consuming manual prove-out process and minimizing material costs.

To Top

### TCS Stand Alone Post Processor

This highly flexible and customizable solution offers post- processing solutions for various CNC machines and their configurations. It can reduce the post processor development time up to 30-40% depending on the application and can be used for NC applications that are not fully supported by third-party NC post builders.

To Top

### TCS Enterprise Integration And Control Environment: Certified As "Powered By SAP NetWeaver®".

This rapid application development framework is used to develop advanced process control and process optimization applications and integrate them with the enterprise applications. This framework gives more than 70% productivity and shortens the development time by at least 60%. Solutions based upon this framework have been deployed at more than 35 plants.

To Top

### TCS SmartBox (Next Generation Industrial Controller Development Framework)

Jointly developed by TCS and A*STAR Singapore Institute of Manufacturing Technology (SIMTech), it is a futuristic industrial controller that brings high-level control closer to the actual production process. Its low-cost, open-architecture, which has an in-built Rapid Application Development (RAD) framework, helps Original Equipment Manufacturers (OEMs) create point solutions quickly and with ease.

Its applications include plant-wide control and optimization, replacement of PC-based control applications, connection of plant systems to enterprise applications, control and monitoring of complex plant equipment, distributed control applications, and robotics and precision engineering.

To Top

### TCS Sevak - Self Service Terminals

This "self service terminal/kiosk" platform allows customers to pay their bills using cash or credit cards. The terminals can operate in a stand-alone mode or can be connected to back-end servers for live update of transactions. They are typically used by enterprises to automate their manual customer service desks. We can build customized solutions around the Sevak platform.

To Top

### TCS Rapid Sigma (Six Sigma Solution For Continuous Improvement)

This is the world's first certified composite on SAP xMII. It helps organizations practicing Six Sigma in reducing the "Time to Measure" of data to nearly zero and also reducing the chances of statistically "unfit" data for analysis. Rapid Sigma is a ready to use, highly configurable tool that gets deployed on SAP xMII environment. This solution allows seamless integration to shop floor databases and SAP ERP. This integration saves the valuable time of data collection and ensures that the right data is collected in the right DMAIC phase from the right place. It cannot be treated as a separate, independent product that runs on its own (it is a composite built using xMII). Also, its functionality needs to be validated by a six sigma black belt champion before being deploying at the customer site.

To Top

**WHITE PAPERS**

Automation in High-Dimensionality Application

This white paper talks about how a CBR solution can often prove to be the most appropriate process improvement mechanism for automation in an organization that does not have an efficient rule-based implementation.

More White Papers

**WHITE PAPERS**

Case Based Reasoning to Automate Manually Controlled Situations

This paper illustrates how repetitive instances of manual decision-making can be automated using the Case Based Reasoning technique, bringing a significant level of automation even in the otherwise manual activity

More White Papers

**MULTIMEDIA**

Client Experience: TCS helps Malaysia Airlines stabilize, rationalize and transform its IT operations

In this video, MAS' senior executives describe how TCS has done a great job improving its business results and has been instrumental in delivering projects that will improve revenue, customer service and cost management.

More Multimedia

**WHITE PAPERS**

Perspectives, Volume 3: The Entrepreneurial CIO

In this issue of Perspectives, we examine why understanding the role of the CIO and the character of our corporate culture has become central to making effective use of IT and explore the themes of IT for efficiency and IT for innovation.

More White Papers

| Services | Industries | Software | Connect with TCS |
|---|---|---|---|
| Assurance Services | Banking & Financial Services | Digital Software and Solutions |  |
| BI & Performance Management | Energy - Oil & Gas, Oil Field Services and Renewables | TCS BaNCS | Contact us |
| Business Process Services | Government | TCS MasterCraft | Disclaimer |
| Consulting | Healthcare | TCS Technology Products | Privacy Policy |
| Digital Enterprise | High Tech | | Safe Harbor |
| Eco-sustainability Services | Insurance | **Insights** | Sitemap |
| Engineering & Industrial Services | Life Sciences | About TCS | |
| Enterprise Security & Risk Management | Manufacturing | Resources | |
| Enterprise Solutions | Media & Information Services | News & Events | |
| iON Small and Medium Business | Resources - Metals, Mining & Construction | Careers | |
| IT Infrastructure Services | Retail & Consumer Products | Investors | |
| IT Services | Telecom | Media | |
| Platform Solutions | Travel, Transportation & Hospitality | TCS Worldwide | |
| Supply Chain Management | Utilities | | |

© 2010-2014 Tata Consultancy Services Limited. All Rights Reserved                A part of the Tata Group

| Home | Worldwide | Careers | Investors | Media | | Contact Us | Share | Search TCS.com |

| Services | Software | Industries | Insights | About TCS | Resources | News/Events |

Home > Resources > Brochures > Med Mantra – A comprehensive hospital management solution

**BROCHURE**

# Med Mantra – A comprehensive hospital management solution

The healthcare industry is facing critical questions today: how can you effectively manage hospitals and provide enhanced services? How can you provide care in a cost-efficient manner? How do you use your resources efficiently to enhance quality of care? While dealing with these challenges, you need to curtail hospital management costs, ensure timely availability of information, improve quality, and extend reach.

Our solution is committed to help you prepare for future challenges. An advanced robust architecture compliant with industry standards, our solution provides investment protection for the future while enabling collaboration and enhancements with ease. The solution has an Electronic Medical Record (EMR) functionality that combines with intuitive diagnostic and prescriptive functionality to enhance physician comfort. In addition, the business analytics functionality provides comprehensive and real time information for better decision making and optimal use of resources. This helps free your resources to be deployed to other priority areas.

Download 301 KB PDF

Get Adobe Acrobat Reader

**NEXT STEPS**

From aligning your IT with your business needs to an end-to-end strategy for transforming your enterprise, TCS has the world-class experience and expertise that you need.

Contact a consultant today.

Email TCS:
healthcare.solutions@tcs.com

Find a TCS location:
Worldwide Locations

Share this page
RSS Feeds
Print this page
Email this

**Services**
Assurance Services
BI & Performance Management
Business Process Services
Consulting
Digital Enterprise
Eco-sustainability Services
Engineering & Industrial Services
Enterprise Security & Risk Management
Enterprise Solutions
iON Small and Medium Business
IT Infrastructure Services
IT Services
Platform Solutions
Supply Chain Management

**Industries**
Banking & Financial Services
Energy - Oil & Gas, Oil Field Services and Renewables
Government
Healthcare
High Tech
Insurance
Life Sciences
Manufacturing
Media & Information Services
Resources - Metals, Mining & Construction
Retail & Consumer Products
Telecom
Travel, Transportation & Hospitality
Utilities

**Software**
Digital Software and Solutions
TCS BaNCS
TCS MasterCraft
TCS Technology Products

**Insights**
About TCS
Resources
News & Events
Careers
Investors
Media
TCS Worldwide

**Connect with TCS**



Contact us
Disclaimer
Privacy Policy
Safe Harbor
Sitemap

© 2010-2014 Tata Consultancy Services Limited. All Rights Reserved                                A part of the Tata Group