# EXHIBIT I

## 125.22.43.12 Details

When pulling the information for 125.22.43.12, we found that the organization tied to this IP is Bharti Broadband.

## kiteworks™ File Sharing

Securely Share & Manage Content Across Devices.
Watch A Free Demo!

A more detailed IP address report for 125.22.43.12 is below. At the time you pulled this report, the time zone of 125.22.43.12 is Asia/Calcutta. The current local time of 125.22.43.12 is 06.11.2014 05:36:57. More IP details of 125.22.43.12 are shown below along with a location of the address on a map.

## IP Lookup Result for 125.22.43.12

| | |
|---|---|
| **IP Address:** | 125.22.43.12 |
| **Host of this IP:** | aes-static-012.43.22.125.airtel.in |
| **Organization:** | Bharti Airtel |
| **ISP:** | Bharti Broadband |
| **City:** | New Delhi |
| **Country:** | India  |
| **State:** | Delhi |
| **Timezone:** | Asia/Calcutta |
| **Local Time:** | 06.11.2014 05:36:57 |

**Hostname:** 125.22.43.12
**Country:**   India
**City:**      New Delhi
**Latitude:**  28.6000
**Longitude:** 77.2000



©2014 MapQuest  -  Some data ©2014 "Map data © OpenStreetMap (http://www.openstreetmap.org/) and contributors, ODbL (http://opendatacommons.org/licenses/odbl/)"

### Reverse IP Lookup Result for 125.22.43.12

We found 0 hostnames for IP Address 125.22.43.12 [ Lookup this IP (http://125.22.43.12.ipaddress.com/#ipinfo) ]

### Recommended Articles Based on Your Search

How DNS Lookup Works (http://ipaddress.com/articles/how-dns-lookup-works)
Email Verification The Easy Way (http://ipaddress.com/articles/email-verification)
Hide IP - Why You Should Hide Your IP Address (http://ipaddress.com/articles/hide-ip-address-software)

### Whois Lookup Result for 125.22.43.12

#### Whois Server
whois.apnic.net

#### Status
ALLOCATED

#### Contact Email
techsupport@airtel.com

#### Registrant
TCS
TCSX-152755-Chennai
101
SANTHOME HIGH ROAD, FORESHORE ESTATE
IN

#### Administrative Contact
Network Administrator
Bharti Airtel Ltd.
ISP Division - Transport Network Group, Plot no.16 , Udyog Vihar , Phase
Ph
Telephone: 911244222222
Fax: 911244244017
Email: techsupport@airtel.com

#### Technical Contact
Network Administrator
Bharti Airtel Ltd.
ISP Division - Transport Network Group, Plot no.16 , Udyog Vihar , Phase
Ph
Telephone: 911244222222
Fax: 911244244017
Email: techsupport@airtel.com

Tips

What is an IP Address? (http://ipaddress.com/articles/what-is-ip-address)
Show information about your own IP Address (http://ipaddress.com/)
Who sent you an Email? (http://ipaddress.com/trace_email.html)
You can download our IP location database (http://ipaddress.com/articles/ip-geolocation-database) or use our Geolocation API (http://ipaddress.com/articles/ip-geolocation-api)

IP Address Tools - Quick Links

| IP Lookup ▼ |

| IP address, Domain or Host |

Lookup Now!

Trace any IP address, websites or host and receive valuable accurate information.

★ Latest IP Addresses

| 80.152.199.197 (http://80.152.199.197.ipaddress.com/) |
| 94.129.64.135 (http://94.129.64.135.ipaddress.com/) |
| 46.36.222.155 (http://46.36.222.155.ipaddress.com/) |
| 125.22.43.12 (http://125.22.43.12.ipaddress.com/) |
| 173.59.208.27 (http://173.59.208.27.ipaddress.com/) |
| 89.251.32.40 (http://89.251.32.40.ipaddress.com/) |
| 24.23.76.118 (http://24.23.76.118.ipaddress.com/) |
| 209.121.225.245 (http://209.121.225.245.ipaddress.com/) |
| 73.172.83.21 (http://73.172.83.21.ipaddress.com/) |
| 89.137.17.128 (http://89.137.17.128.ipaddress.com/) |
| 66.249.64.125 (http://66.249.64.125.ipaddress.com/) |

★ Latest Websites

| textosfolio.blogspot.com.br (http://textosfolio.blogspot.com.br.ipaddress.com/) |
| changing-things.blogspot.co.uk (http://changing-things.blogspot.co.uk.ipaddress.com/) |
| cecou.edu.ve (http://cecou.edu.ve.ipaddress.com/) |
| live.com (http://live.com.ipaddress.com/) |
| www.aboluowang.com (http://www.aboluowang.com.ipaddress.com/) |
| cloud.zenminer.com (http://cloud.zenminer.com.ipaddress.com/) |
| mflenses.com (http://mflenses.com.ipaddress.com/) |
| industrycity.com (http://industrycity.com.ipaddress.com/) |
| oshinolamps.com (http://oshinolamps.com.ipaddress.com/) |
| piucapital.com (http://piucapital.com.ipaddress.com/) |
| www.site2unblock.com (http://www.site2unblock.com.ipaddress.com/) |

 (http://ipaddress.com/verify-email-address/)

Share What You Found

Like  0

Tweet  0

+1  0

Our Most Popular Tools

Trace An Email Address (http://ipaddress.com/trace_email.html)
Verify An Email Address (http://ipaddress.com/verify-email-address/)
Lookup A IP Address (http://ipaddress.com/ip_lookup/)
Bandwidth Speed Test (http://ipaddress.com/bandwidth-speed-test/)
Run A Whois Lookup (http://ipaddress.com/domain_whois/)

 Top of the Page

Copyright © 2014 - IPAddress.com Network UG (http://ipaddressnetwork.com/) - IPAddress.com - The Best IP Address Tools At Your Fingertips

My IP (http://ipaddress.com/) | Articles (http://ipaddress.com/articles/) | IP Lookup (http://ipaddress.com/ip_lookup/) | Reverse IP (http://ipaddress.com/reverse_ip/) | Hide IP (http://ipaddress.com/articles/hide-ip-address-software/) | Whois (http://ipaddress.com/domain_whois/) | IP Tools (http://ipaddress.com/ip-tools/) | Email Tools (http://ipaddress.com/email-tools/) | Trace Email (http://ipaddress.com/trace_email.html) | Speed Test (http://ipaddress.com/bandwidth-speed-test/) | About Us (http://ipaddress.com/about.html) | Privacy Policy (http://ipaddress.com/privacy.html) | Contact Us (http://ipaddress.com/contact.html) | Advertising (http://ipaddress.com/advertising.html) | Sitemap (http://ipaddress.com/sitemap/)