**EXHIBIT J**

What is LinkedIn?    Join Today    Sign In

# Philippe Guionnet
Client Partner, leading Indian firm
Greater Los Angeles Area | Information Technology and Services

**234**
connections

| | |
|---|---|
| Current | Leading Indian firm, . |
| Previous | ICOFTEC, KMPG, Cendant/RCI |
| Education | Tadworth BA Business & Hospitality |

## Join LinkedIn & access Philippe's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Philippe directly

**View Philippe's Full Profile**

### Search by name

Over 300 million professionals are already on LinkedIn. Find who you know.

First Name    Last Name

**Example:** Jeff Weiner

### People Also Viewed

**Syama Sundar Peesapati**
Head of Healthcare ISU at Tata Consultancy Services

**Ana Trujillo**


**Cora Carmody**

**Chris Annese**
Equipment Leasing

**Christelle Rocoffort**
Intern at Francophone Chamber of Comerce of Los Angeles and Orange County

**Michael Stinnett**


**Idir Fodil**
Technical Design Authority at Orange Business Services

**Glory Lin**
Chief of Data Management Dept. at Fubon

**Luisa Sebastian**
Officer 1 (Corporate Planner) at Government Service Insurance System

**David Asiddao**
Business Manager at Union Bank of the Philippines

### Experience

**Client Partner**
Leading Indian firm
January 2012 – Present (2 years 11 months)

Fortune 50, Health Care

**Client Partner, leading Indian firm**
.
January 2012 – Present (2 years 11 months)

**Managing Director**
ICOFTEC
July 2009 – December 2011 (2 years 6 months)

International (Francophone) Chamber of Commerce

**CIO Advisory & Sourcing Services**
KMPG
October 2006 – June 2009 (2 years 9 months)

Managing Director (ind), Sourcing
National Director, Sourcing

**CIO, Transformation Officer, EVP Shared Services**
Cendant/RCI

November 2001 – June 2004 (2 years 8 months)

### SVP, CIO IT Merger & Acquisitions

Cendant Corp

May 2001 – November 2001 (7 months)

### SVP & CIO

Cendant Financial Services

May 2000 – May 2001 (1 year 1 month)

### CIO

ACCOR

October 1997 – April 2000 (2 years 7 months)

### Managing Director, CIO & COO

GSI Outsourcing

May 1994 – May 1997 (3 years 1 month)

### Deputy CIO

Disneyland Paris

1989 – 1994 (5 years)

### Deputy CIO

The Walt Disney Company - Europe

1988 – 1989 (1 year)

### Partner

TechTravel

July 1904 – October 1906 (2 years 4 months)

Skills

New Business Development | Business Development | Business Strategy

Marketing Strategy | Project Management | Strategic Planning

Program Management | Contract Negotiation | Strategic Partnerships | Mergers

Team Building | E-commerce | Negotiation | Account Management | Marketing

See 5+

Education

**Tadworth BA Business & Hospitality**
BA prof Business & Hospitality

Groups


eHotelier: Global Por…


French M&A


Cendant Alumni


Premier Alliance Pro…


Worldwide Contact C…


Bordeaux Connexion


FCCLOAC - Francop…

See 4 more

# View Philippe's full profile to...

- See who you know in common
- Get introduced
- Contact **Philippe** directly

[View Philippe's Full Profile]

Not the Philippe Guionnet you're looking for? View more

---

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more  |  Browse members by country

© 2014  |  User Agreement  |  Privacy Policy  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy