UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

      Plaintiff,

v.

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation; and TATA
AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

      Defendants.

Case No. 14-CV-748

---

## PROOF OF SERVICE

I, Alison Royer, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, California 90071.

On November 6, 2014, I served the documents described below on the interested parties in this case:

**(1) PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXPEDITED DISCOVERY**

**(2) MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

**(3) DECLARATION OF NICK G. SAROS WITH EXHIBITS A-L**

**(4) DECLARATION OF STIRLING MARTIN**

**(5) DECLARATION OF DAVID P. MACLEOD**

**(6) PROOF OF SERVICE**

1

[X]     **(BY PROCESS SERVER):** I caused such envelope to be delivered to First Legal Network for service upon the following addresses to be served no later than November 7, 2014:

| | |
|---|---|
| Tata Consultancy Services Limited<br>101 Park Ave., 26th Floor<br>New York, New York 10178 | Tata Consultancy Services Limited<br>c/o C T Corporation System<br>818 West 7th Street 2nd Floor<br>Los Angeles, CA 90017 |
| Tata Consultancy Services Limited<br>c/o C T Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | Tata America International Corporation<br>(dba TCS America)<br>c/o C T Corporation System<br>8020 Excelsior Dr. Suite 200<br>Madison, WI 53717 |

[X]     **(BY OVERNIGHT MAIL)** By causing the documents listed above to be sent by overnight mail to the address set forth below:

Tata Consultancy Services Limited
Rebecca R. Hirschklau, Employment Counsel
101 Park Ave., 26th Floor
New York, New York 10178

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2014 at Los Angeles, California.

_Alison Royer_