UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

      Plaintiff,

v.                                             Case No. 14-CV-748

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation;
and TATA AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

      Defendants.

---

### NOTICE OF APPEARANCE OF DAVID W. LONG

---

The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants TATA CONSULTANCY SERVICES LIMITED and TATA AMERICA INTERNATIONAL CORPORATION.

Dated:  November 25, 2014.

                                                    /s/ David W. Long
                                          David W. Long
                                          KELLEY DRYE & WARREN LLP
                                          Washington Harbour, Suite 400
                                          3050 K Street, NW
                                          Washington, D.C. 20007
                                          Email: DLong@KelleyDrye.com
                                                    docketing@KelleyDrye.com

L:\DOCS\026739\000001\PLEAD\35G9882.DOCX
1125141224

Phone: (202) 342-8400
Fax: (202) 342-8451

Barbara A. Neider
Meg Vergeront
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784
Email: bneider@staffordlaw.com
Email: mvergeront@staffordlaw.com
Phone: 608.256.0226
Fax: 608.259.2600

Attorneys for Defendants
TATA CONSULTANCY SERVICES
LIMITED, and TATA AMERICA
INTERNATIONAL CORPORATION