UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

    Plaintiff,

v.                                    Case No. 14-CV-748

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation;
and TATA AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

    Defendants.

JOINT STIPULATION OF PARTIES
TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties, by their attorneys, stipulate and request that the Court enter an order extending the time by which the defendants must respond to the Complaint (Docket No. 1), whether by answer or motion, from November 26, 2014 to December 29, 2014.

The current deadline for defendants' response to Plaintiff's Motion For Expedited Discovery (Docket No. 4) will remain November 26, 2014.

Dated:  November 25, 2014.

        /s/ Meg Vergeront
Barbara A. Neider
Meg Vergeront
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784
Email: bneider@staffordlaw.com
Email: mvergeront@staffordlaw.com
Phone: 608.256.0226
Fax:  608.259.2600

David W. Long
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007
Email: DLong@KelleyDrye.com
Phone: (202) 342-8400
Fax: (202) 342-8451

Attorneys for Defendants
TATA CONSULTANCY SERVICES LIMITED, and TATA AMERICA INTERNATIONAL CORPORATION

/s/ Nick G. Saros
Brent Caslin
bcaslin@jenner.com
Nick G. Saros
nsaros@jenner.com
Kate T. Spelman
kspelman@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 2600
Los Angeles, CA 90066
Tel: 213-239-5100
Fax: 213-230-5199

Anthony A. Tomaselli
aat@quarles.com
Kristin Graham Noel
kristin.noel@quarles.com
Stacy A. Alexejun
stacy.alexejun@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: 608.251.5000
Fax: 608.251.9166
ATTORNEYS FOR PLAINTFF EPIC SYSTEMS CORPORATION