UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

        Plaintiff,

    v.

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation; and TATA
AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

        Defendants.

Case No. 14-CV-748-WMC

**PLAINTIFF EPIC SYSTEMS CORPORATION'S MOTION
TO COMPEL COMPLIANCE WITH COURT ORDER**

Plaintiff, Epic Systems Corporation moves under Federal Rule of Civil Procedure 37 to compel Defendants ("TCS") to comply with the Court's December 8, 2014 Order granting in part Epic's motion for expedited discovery. The basis for this motion is more fully set forth in the accompanying brief in support.

Dated: January 14, 2015

*/s/ Nick G. Saros*
Brent Caslin
bcaslin@jenner.com
Nick G. Saros
nsaros@jenner.com
Kate T. Spelman
kspelman@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 2600
Los Angeles, CA 90066
Tel: 213-239-5100
Fax: 213-230-5199

1

        Anthony A. Tomaselli
aat@quarles.com
Kristin G. Noel
kristin.noel@quarles.com
Stacy A. Alexejun
stacy.alexejun@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: 608.251.5000
Fax: 608.251.9166

*Attorneys for Plaintiff Epic Systems Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, I caused a true and correct copy of the foregoing Plaintiff Epic Systems Corporation's Motion to Compel Compliance with Court Order to be served on all counsel of record via the Court's ECF filing system.

/s/ *Nick G. Saros*
By: Nick G. Saros