UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EPIC SYSTEMS CORPORATION, a Wisconsin Corporation;<br><br>                              Plaintiff,<br><br>     v.<br><br>TATA CONSULTANCY SERVICES LIMITED, an Indian Corporation; and TATA AMERICA INTERNATIONAL CORPORATION (dba TATA AMERICA), a New York Corporation;<br><br>                              Defendants. | Case No. 14-CV-748-wmc<br>**Oral Argument Requested** |

NOTICE OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) and upon the accompanying memorandum of law, dated February 9, 2015, and Declaration of Philip D. Robben, dated February 9, 2015, and the exhibits attached thereto, Defendants Tata Consultancy Services Limited and Tata America International Corporation will move this Court at the United States Courthouse for the Western District of Wisconsin, 120 North Henry Street, Madison, Wisconsin 53703, at such time as the Court may direct, for an Order dismissing Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted, and granting Defendants such other and further relief as the Court deems just and proper.

Dated: February 9, 2015

                By: <u>s/Philip D. Robben</u>
                    Philip D. Robben
                    Melissa E. Byroade
                    KELLEY DRYE & WARREN LLP
                    101 Park Avenue
                    New York, NY 10178
                    Email: probben@kelleydrye.com
                    Email: mbyroade@kelleydrye.com
                    Phone: (212) 808-7800
                    Fax: (212) 808-7897

                    David W. Long
                    KELLEY DRYE & WARREN LLP
                    Washington Harbour, Suite 400
                    3050 K Street NW
                    Washington, D.C. 20007
                    Email: dlong@kelleydrye.com
                    Phone: (202) 342-8400
                    Fax: (202) 342-8451

                    and

                    <u>s/ Barbara A. Neider</u>
                    Barbara A. Neider
                    Meg Vergeront
                    STAFFORD ROSENBAUM LLP
                    222 West Washington Avenue, Suite 900
                    P.O. Box 1784
                    Madison, WI 53701-1784
                    Email: bneider@staffordlaw.com
                    Email: mvergeront@staffordlaw.com
                    Phone: (608) 256-0226
                    Fax: (608) 259-2600

                    *Attorneys for Defendants Tata Consultancy Services Limited and Tata America International Corporation*