UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

        Plaintiff,

    v.

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation; and TATA
AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

        Defendants.

Case No. 14-CV-748

**PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT**

    Plaintiff Epic Systems Corporation ("Epic") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 56(a), for partial summary judgment with respect to liability for Epic's First, Second, Fourth, and Fifth Causes of Action for (i) breach of contract; (ii) breach of the implied covenant of good faith and fair dealing; (iii) violation of the Wisconsin Computer Crimes Act; and (iv) violation of the Computer Fraud and Abuse Act.

    Epic's motion for partial summary judgment is based on this Notice of Motion and Motion, the concurrently-submitted Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment, Proposed Findings of Fact, and the evidentiary materials cited therein, any additional briefing on this subject, and the evidence and arguments that may be presented to the Court at a hearing on this matter.

Dated: November 16, 2015         */s/ Rick Richmond*

                                           Rick Richmond
                                           rrichmond@jenner.com
                                           Brent Caslin
                                           bcaslin@jenner.com
                                           Nick G. Saros
                                           nsaros@jenner.com
                                           Kate T. Spelman
                                           kspelman@jenner.com
                                           JENNER & BLOCK LLP
                                           633 West 5th Street Suite 2600
                                           Los Angeles, CA 90066
                                           Tel.: 213-239-5100
                                           Fax: 213-230-5199

                                           Anthony A. Tomaselli
                                           aat@quarles.com
                                           Kristin G. Noel
                                           kristin.noel@quarles.com
                                           Stacy A. Alexejun
                                           stacy.alexejun@quarles.com
                                           QUARLES & BRADY LLP
                                           33 East Main Street, Suite 900
                                           Madison, WI 53703
                                           Tel.: 608.251.5000
                                           Fax: 608.251.9166

                                           *Attorneys for Plaintiff Epic Systems Corporation*