IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

       Plaintiff,       ORDER

 v.

                       14-cv-748-wmc

TATA CONSULTANCY SERVICES
LIMITED and TATA AMERICA
INTERNATIONAL CORPORATION d/b/a
TCA America,

       Defendants.

---

  The court is in receipt of defendants Tata Consultancy Services Limited and Tata America International Corporation's motion for clarification of dispositive motion deadlines and for extension of briefing schedule for response to Epic's recently filed-motions to compel. (Dkt. #266.) This motion is GRANTED IN PART AND DENIED IN PART.

  First, on the summary judgment briefing schedule, the court intended -- consistent with its November 20 order -- to extend *only* the briefing schedule for defendants' motion for summary judgment to provide additional time for plaintiff's response in light of defendants' failure to respond timely to discovery requests. In its motion, defendants, however, also point out a discrepancy between deadlines set by Judge Crocker during an October 20, 2015, hearing, and those automatically set by the clerk's office. The court will afford defendants the more generous briefing schedule. Defendants' response to plaintiff's motion for summary judgment (dkt. #195) is due December 16, 2015; plaintiff's reply is due December 31, 2015.

As for defendants' request for an extension to file a response to the two motions to compel filed by plaintiff yesterday, the court will extend the deadline by two days to Thursday, December 3, 2015, by 4:00 p.m. The court intends to take up these two new motions during the December 4th hearing, and therefore would benefit from defendants' responses in advance of that hearing.

Finally, the court will also provide a modest extension of the deadline for filing an answer to plaintiff's second amended complaint. Defendants may have until December 11, 2015, to file their answer.

Entered this 24th day of November, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge