# EXHIBIT 15

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation;

Plaintiff,

v.

Case No. 14-cv-748-wmc

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation;
and TATA AMERICA INTERNATIONAL
CORPORATION (dba TATA AMERICA), a
New York Corporation;

Defendants.

### NOTICE OF DEPOSITION OF MOHAN KANTRAPATI

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of

Civil Procedure, the undersigned attorneys for Defendants Tata Consultancy Services Limited

and Tata America International Corporation will take the deposition upon oral examination of

Mohan Kantrapati beginning at 12:30 p.m. on January 8, 2016 at the offices of Stafford

Rosenbaum LLP, 222 West Washington Avenue, Suite 900, Madison, Wisconsin 53701-1784.

The deposition will be stenographically recorded and videotaped, and shall be conducted before

a person duly authorized to administer oaths in accordance with Rule 28(a) of the Federal Rules

of Civil Procedure.  The deposition shall continue until completed on such subsequent dates as

are necessary.

1

Dated: December 11, 2015

By:  s/ Philip D. Robben
  Paul F. Doyle
  Philip D. Robben
  Alison L. MacGregor
  Melissa E. Byroade
  KELLEY DRYE & WARREN LLP
  101 Park Avenue
  New York, NY  10178
  Email: probben@kelleydrye.com
  Email: mbyroade@kelleydrye.com
  Phone: (212) 808-7800
  Fax: (212) 808-7897

  *Attorneys for Defendants Tata Consultancy Services Limited and Tata America International Corporation*

2

NY01\MejeA\4233945.1