UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

       Plaintiff,

  v.

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation; and TATA
AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

       Defendants.

Case No. 14-CV-748

---

**PLAINTIFF'S NOTICE OF MOTION AND EMERGENCY MOTION FOR A
PROTECTIVE ORDER RE TCS'S COUNTERCLAIM DISCOVERY**

---

Plaintiff Epic Systems Corporation ("Epic") moves this Court for a protective order on an expedited basis so that Epic will not be required to respond to the counterclaim discovery served by the defendants until after the April 2016 trial on Epic's claims against TCS. The basis for this motion is more fully set forth in the accompanying memorandum.

Dated:  December 31, 2015 */s/ Rick Richmond*

               Rick Richmond
               rrichmond@jenner.com
               Brent Caslin
               bcaslin@jenner.com
               Nick G. Saros
               nsaros@jenner.com
               Kate T. Spelman
               kspelman@jenner.com
               JENNER & BLOCK LLP
               633 West 5th Street Suite 2600
               Los Angeles, CA 90066
               Tel:  213-239-5100
               Fax:  213-230-5199

               Anthony A. Tomaselli
               aat@quarles.com
               Kristin G. Noel
               kristin.noel@quarles.com
               Stacy A. Alexejun
               stacy.alexejun@quarles.com
               QUARLES & BRADY LLP
               33 East Main Street, Suite 900
               Madison, WI 53703
               Tel.: 608.251.5000
               Fax: 608.251.9166

               *Attorneys for Plaintiff Epic Systems Corporation*