## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EPIC SYSTEMS CORPORATION, a Wisconsin Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TATA CONSULTANCY SERVICES LIMITED, an Indian Corporation; and TATA AMERICA INTERNATIONAL CORPORATION (dba TCS AMERICA), a New York Corporation,<br><br>        Defendants. | Case No. 14-CV-748-wmc<br><br>REDACTED |

### DECLARATION OF WENDY T. WU

I, Wendy T. Wu, declare as follows:

1.    I am a Vice President in the Los Angeles office of Stroz Friedberg, LLC ("Stroz"). REDACTED I have personal knowledge of the facts stated in this Declaration, and would testify that they are true if called upon to do so.

2.    REDACTED

- 2 -

3.    REDACTED

4.    REDACTED

5.    REDACTED

6.    REDACTED

- 3 -

REDACTED

7.  REDACTED

8.  REDACTED

9. REDACTED

10. REDACTED

11. REDACTED

- 5 -

REDACTED

12.    REDACTED

13.    REDACTED

- 6 -

REDACTED

14. REDACTED

15. REDACTED

16. REDACTED

REDACTED

17.   REDACTED

18.   REDACTED

19.   REDACTED

REDACTED

20.    REDACTED

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 11, 2016

Wendy T. Wu

129771469