IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

                      Plaintiff,                      ORDER

   v.

                                            14-cv-748-wmc

TATA CONSULTANCY SERVICES LIMITED
and TATA AMERICA INTERNATIONAL
CORPORATION d/b/a TCA America,

                      Defendants.

---

Having reviewed plaintiff's amended deposition designations (dkt. #745) and defendants' amended objections and counter-designations (dkt. #764), the court makes the following rulings as to witness: David Jones. The approved designations may be presented to the jury unless the witness is available to testify in person. **Plaintiff shall remove all objections and any other asides or discussions between counsel and/or with the court reporter, even where not noted by the court in its rulings.**

| **DAVID G. JONES** (September 22, 2015) |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| 35:13-37:9 | Retained as to 35:13-36:22 | 35:25-36:3 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 36:5-8 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 36:18-21 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) | | | Overruled as to 35:25-36:3; sustained as to 36:18-21 |
| 39:11-40:9 | Retained as to 39:19-40:9 | 39:19-40:4 This testimony should be struck pursuant to | | | Overruled |

2

| DAVID G. JONES (September 22, 2015) ||||||
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
|  |  | Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) |  |  |  |
| 40:11-41:8 | Retained as to 40:11-13, 40:20-41:8 | 40:20-41:2 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) |  |  | Overruled |
| 43:11-44:1 | Retained | 43:11-25 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) |  |  | Overruled as to 43:11-12; sustained as to 43:13-44:1 |
| 44:9-47:25 | Retained | 45:1-2 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting |  |  | Overruled at to 45-46; sustained as to 47 |

| | | DAVID G. JONES (September 22, 2015) | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| | | cumulative evidence. (Reading from Exh. 4A) 45:4-11 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 45:13-17 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 45:25-46:4 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) | | | |

| DAVID G. JONES (September 22, 2015) ||||||
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| | | 46:6-10 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 47:1-4 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 47:6-10 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 47:12-19 This testimony should be struck pursuant to | | | |

| | DAVID G. JONES (September 22, 2015) | | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| | | Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) | | | |
| 48:2-49:4 | Retained | 48:5-13 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) | | | Sustained |
| 49:6-51:11 | Retained | 49:11-16 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 49:21-50:3 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting | | | Overruled as to 49:11-16; sustained as to 49:21-50:3, 50:5-11, 50:18-21, 50:23-51:4 |

6

| \ | \ | DAVID G. JONES (September 22, 2015) | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| | | cumulative evidence. (Reading from Exh. 4A) 50:5-11 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 50:18-21 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) 50:23-51:4 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exh. 4A) | | | |

| DAVID G. JONES (September 22, 2015) | | | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| 55:24-58:3 | Retained as to 56:9-10, 56:16-58:3 | 57: 3-5 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exhibit) 57:7-12 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exhibit) 57:17-19 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exhibit) 57:21-23 This testimony should be struck pursuant to | | | Overruled |

| DAVID G. JONES (September 22, 2015) ||||||
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| | | Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exhibit) | | | |
| 60:1-8 | Retained | 60:1-4 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exhibit) | | | Overruled |
| 60:10-61:15 | Retained | Relevance. 60:14-18 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exhibit) 60:23-61:1 This testimony should be struck pursuant to Rule 403 because it is needlessly | | | Overruled |

9

| DAVID G. JONES (September 22, 2015) | | | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| | | presenting cumulative evidence. (Reading from Exhibit) | | | |
| 61:21-62:6 | Retained | Relevance; cumulative | | | Sustained |
| 62:8-63:9 | Retained | Relevance; cumulative | | | Sustained |
| 63:22-64:5 | Retained | Relevance; cumulative | | | Sustained |
| 64:11-25 | Retained | Relevance; cumulative | | | Overruled |
| 65:9-66:6 | Retained | Relevance; cumulative | | | Overruled |
| 66:9-67:14 | Retained | Relevance; cumulative | | | Overruled |
| 70:18-72:13 | Retained | Relevance; cumulative 71:13-18 This testimony should be struck pursuant to Rule 403 because it is needlessly presenting cumulative evidence. (Reading from Exhibit) | | | Overruled as to 70:18-71:25; sustained as to 72:1-13 |
| 73:9-21 | Retained | Relevance; cumulative | | | Overruled |
| 73:23-75:2 | Retained as to 73:23-74:11 | Relevance; cumulative | | | Overruled |
| 75:22-76:18 | Retained | Relevance; cumulative | | | Overruled |
| 77:11-23 | Retained | Relevance; cumulative | | | Overruled as to 77:11-17; |

10

| DAVID G. JONES (September 22, 2015) | | | | | |
|---|---|---|---|---|---|
| **Plaintiff's Designations** | **Plaintiff's Amended Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections to Counter-Designations** | **Rulings** |
| | | | | | sustained as to 77:18-23 |
| 78:1-82:24 | Retained as to 78:1-12, 79:9-82:24 | Relevance; cumulative | | | Sustained as to 78:1-3; overruled as to 78:5-12 |
| 83:14-21 | Retained | Relevance; cumulative | | | Overruled |
| 84:4-86:3 | Retained | Relevance; cumulative | | | Overruled |
| 86:10-88:16 | Retained | Relevance; cumulative | | | Overruled |
| 88:21-25 | Retained | Relevance; cumulative | | | Overruled |
| 99:25-100:18 | Retained | Relevance; cumulative | | | Overruled |
| 106:15-107:16 | Retained | Relevance; cumulative | | | Overruled |

Entered this 1st of April, 2016.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge