IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

                Plaintiff,                ORDER

  v.

                                          14-cv-748-wmc

TATA CONSULTANCY SERVICES LIMITED and TATA AMERICA INTERNATIONAL CORPORATION d/b/a TCA America,

                Defendants.

---

This case is set for a jury trial commencing April 4, 2016. The court held another telephonic conference on Friday, April 1, 2016, at which the parties appeared by counsel and plaintiff's corporate representative appeared personally. Consistent with the rulings of the court during the conference, the court issues the following order.

Accordingly,

    IT IS ORDERED that:

1) Defendants' motion in limine to exclude testimony of experts Wes Rishel and Samuel S. Rubin (dkt. #690) is GRANTED IN PART, DENIED IN PART AND RESERVED IN PART as set forth on the record.

2) Defendants' motion to supplement with respect to March 30, 2016, pretrial conference call (dkt. #746) is DENIED AS MOOT.

3) The court will hold a telephonic conference on the parties' joint submission of remaining contested exhibits (dkt. #772) on Sunday, April 3, 2016, at 7:30 p.m. Plaintiff to establish call.

Entered this 1st day of April, 2016.

                                      BY THE COURT:

                                      /s/
                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge