IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

                Plaintiff,                ORDER

v.

                                     14-cv-748-wmc

TATA CONSULTANCY SERVICES LIMITED
and TATA AMERICA INTERNATIONAL
CORPORATION d/b/a TCA America,

                Defendants.

---

This case is set for a jury trial commencing April 4, 2016. The court held a follow-up telephonic conference today at which the parties appeared by counsel and defendants' corporate representatives appeared personally. Consistent with the rulings of the court during the conference, the court issues the following order.

Accordingly,

    IT IS ORDERED that:

1) Plaintiff Epic Systems Corporation's motion to present testimony from Stirling Marting and Carl Dvorak regarding the value of Epic's confidential and trade secret information (dkt. #779) is GRANTED IN PART AND DENIED IN PART as described by the court on the record.

2) Plaintiff's motion for clarification regarding rulings on objections to depositions designations of Duddukuru and Jones (dkt. #780) is GRANTED as to Duddukuru and GRANTED IN PART AND DENIED IN PART as to Jones. As for Duddukuru, the ruling is modified to sustain the objection from 179:21:-180:10. As for Jones, Epic may present deposition testimony simply directing the jury to the relevant portion of the Master Services Agreement, but Epic may not reinsert those lengthier portions struck by the court because they amount to reading from the agreement and asking the witness if he sees the relevant passage.

3) The objection raised in defendants Tata Consultancy Services Limited and Tata America International Corporation's supplement (dkt. #778) is OVERRULED for the reasons provided on the record.

4) Plaintiff's motion to file an opposition to defendants' supplement (dkt. #782) is GRANTED.

Entered this 3rd day of April, 2016.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge