IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

         Plaintiff,

v.

TATA CONSULTANCY SERVICES LIMITED
and TATA AMERICA INTERNATIONL
CORPORATION,

         Defendants.

SPECIAL VERDICT

14-cv-748-wmc

---

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1:** Did plaintiff Epic Systems Corporation prove by a preponderance of the evidence the following breach of contract claims?

|  | Yes | No |
|---|---|---|
| a. Failing to limit access to Epic's UserWeb and to materials obtained from UserWeb to employees who needed access in order to perform testing services for Kaiser. | ✓ | |
| b. Using Epic's confidential information for purposes other than implementing Epic software on Kaiser's behalf. | ✓ | |
| c. Failing to maintain Epic's confidential information in confidence and to store copies of Epic's confidential information in a safe place. | ✓ | |
| d. Permitting TCS employees with access to Epic's confidential information to consult with other TCS employees concerning the development or enhancement of TCS's Med Mantra software. | ✓ | |

1

QUESTION NO. 2: Did plaintiff prove by a preponderance of the evidence its claim of trafficking of passwords?

Yes ✓     No _____

QUESTION NO. 3: Did plaintiff prove by clear and convincing evidence its claim of fraudulent misrepresentation?

Yes ✓     No _____

QUESTION NO. 4: Did plaintiff prove by a preponderance of the evidence its claim of misappropriation of trade secrets?

Yes ✓     No _____

QUESTION NO. 5: Did plaintiff prove by a preponderance of the evidence its claim of unfair competition?

Yes ✓     No _____

QUESTION NO. 6: Did plaintiff prove by a preponderance of the evidence its claim of unjust enrichment?

Yes ✓     No _____

QUESTION NO. 7: Did plaintiff prove by a preponderance of the evidence its claim of deprivation of property?

Yes  ✓   No ____

_____
Presiding Juror

Madison, Wisconsin
Dated this 14TH day of April, 2016.