IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

        Plaintiff,

v.

TATA CONSULTANCY SERVICES LIMITED
and TATA AMERICA INTERNATIONL
CORPORATION,

        Defendants.

SPECIAL VERDICT - DAMAGES

14-cv-748-wmc

---

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1:** What amount of compensatory damages, if any, has plaintiff Epic Systems Corporation proved by a preponderance of the evidence should be awarded for the following possible benefits defendants Tata Consultancy Services Limited and Tata America International Corporation obtained because of their wrongful conduct?

    (a) Benefit of TCS's Use of Comparative Analysis      $ _140,000,000.00_

    (b) Benefit of TCS's Use of Other Confidential Information      $ _100,000,000.00_

*If your answer to Question No. 1 is more than $1 in nominal damages, then please answer Question No. 2. If not, then please skip Question No. 2 and proceed to the end of the special verdict form and sign and date it.*

QUESTION NO. 2: Did plaintiff prove by clear and convincing evidence that it is entitled to punitive damages against defendants?

Yes ✓     No _____

*If you answered "Yes" to Question No. 2, then please answer Question No. 3. If you answered "No" to Question No. 2, then please skip Question No. 3 and proceed to the end of the special verdict form and sign and date it.*

QUESTION NO. 3: What amount of punitive damages do you award plaintiff for the harm caused by defendants?

$ 700,000,000.00

_____
Presiding Juror

Madison, Wisconsin
Dated this 15TH day of April, 2016.

2