UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

    Plaintiff,

    v.                                                                                  Case No. 14-CV-748

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation;
and TATA AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

    Defendants.

---

**DEFENDANTS' MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO PROPOSED INJUNCTION**

---

    TCS respectfully moves the Court for an additional extension of time in which to respond to the injunction proposed by Epic.  In light of the gravity of this matter, TCS requests that it be permitted to file its response on or before May 6, the date on which TCS intends to file its motion directed to the quantum of damages awarded by the jury. TCS believes that this short extension will not prejudice Epic.

    Dated: April 20, 2016.

                                                                     By:  /s/ Philip D. Robben
                                                                       Paul F. Doyle
                                                                       Philip D. Robben
                                                                       Alison L. MacGregor
                                                                       Melissa E. Byroade
                                                                       KELLEY DRYE & WARREN LLP
                                                                       101 Park Avenue
                                                                       New York, New York 10178
                                                                       Email: probben@kelleydrye.com
                                                                       Email: amacgregor@kelleydrye.com
                                                                       Email: mbyroade@kelleydrye.com
                                                                       Phone: (212) 808-7800
                                                                       Fax: (212) 808-7897

and

   /s/ Barbara A. Neider
Barbara A. Neider
Meg Vergeront
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784
Email: bneider@staffordlaw.com
Email: mvergeront@staffordlaw.com
Phone: (608) 256-0226
Fax: (608) 259-2600

*Attorneys for Defendants Tata Consultancy Services Limited and Tata America International Corporation*

2