IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EPIC SYSTEMS CORPORATION, a Wisconsin Corporation,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>TATA CONSULTANCY SERVICES LIMITED, an Indian Corporation; and TATA AMERICA INTERNATIONAL CORPORATION (d/b/a TCS America), a New York Corporation,<br><br>    Defendants/Counterclaim-Plaintiffs. | Case No. 14-cv-00748-wmc |

**TATA CONSULTANCY SERVICES LIMITED AND TATA AMERICA INTERNATIONAL CORPORATION'S NOTICE OF APPEAL**

Notice is hereby given that defendants/counterclaim-plaintiffs Tata Consultancy Services Limited and Tata America International Corporation hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Rule 54(a) Judgment entered on October 3, 2017 (Dkt. 978), and all rulings, proceedings, orders, findings, and decisions (whether oral or written) underlying that Judgment, including, without limitation, the Amended Opinion and Order dated July 27, 2016 (Dkt. 944), the Opinion and Order dated September 29, 2017 (Dkt. 976), and the Opinion and Order dated September 29, 2017 (Dkt. 977). Defendants/counterclaim-plaintiffs also appeal from the Opinion and Order dated March 22, 2019 (Dkt. 1022), and all rulings, proceedings, orders, findings, and decisions (whether oral or written) underlying that Opinion and Order.

Dated: March 22, 2019

Respectfully submitted,

By: /s/ Constantine L. Trela, Jr.
Constantine L. Trela, Jr. (*pro hac vice*)
Robert N. Hochman (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
ctrela@sidley.com
rhochman@sidley.com
Telephone: (312) 853-7000
Fax: (312) 853-7036

Carter G. Phillips (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, District of Columbia 20005
cphillips@sidley.com
Telephone: (202) 736-8000
Fax: (202) 736-8711

Christopher M. Egleson (*pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
cegleson@sidley.com
Telephone: (213) 896-6000
Fax: (213) 896-6600

Philip D. Robben
Melissa E. Byroade
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
probben@kelleydrye.com
mbyroade@kelleydrye.com
Telephone: (212) 808-7800
Fax: (212) 808-7897

Barbara A. Neider
Meg Vergeront
Jeffrey Mandell
STAFFORD ROSENBAUM LLP

222 West Washington Avenue
Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784
bneider@staffordlaw.com
mvergeront@staffordlaw.com
Telephone: (608) 256-0226
Fax: (608) 259-2600

*Attorneys for Defendants/Counterclaim-Plaintiffs Tata Consultancy Services Limited and Tata America International Corporation*