UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

        Plaintiff,

        v.

Case No. 14-CV-748

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation; and TATA
AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

        Defendants.

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Epic Systems Corporation hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered pursuant to Federal Rule of Civil Procedure 58 in this action on October 3, 2017 (Dkt. 978), as upheld by the Court upon its denial of Defendants' motion pursuant to Federal Rules of Civil Procedure 50(b) and 59 in its Opinion and Order entered on March 22, 2019 (Dkt. 1022), and from any interim, non-final opinion, ruling, finding, or order preceding or giving rise to that Judgment and the Opinion and Order, including the Opinion and Order dated September 29, 2017 (Dkt. 976).

Defendants have previously filed a Notice of Appeal (Dkt. 1023), which was docketed by the Clerk of the United States Court of Appeals for the Seventh Circuit on March 25, 2019, as Appeal No. 19-1528.

Respectfully submitted,

EPIC SYSTEMS CORPORATION.

By: */s/* Rick Richmond
    One of its Attorneys

Rick Richmond
rrichmond@jenner.com
Nick G. Saros
nsaros@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel.: 213-239-5100
Fax: 213-239-5199

Anthony A. Tomaselli
anthony.tomaselli@quarles.com
Kristin G. Noel
kristin.noel@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: 608-251-5000
Fax: 608-251-9166

*Attorneys for Plaintiff Epic Systems Corporation*

Dated: April 4, 2019

## CERTIFICATE OF SERVICE

I, Rick Richmond, an attorney, hereby certify that on April 4, 2019, I caused a copy of the foregoing **Notice of Cross-Appeal** to be served through the CM/ECF system on those parties entitled to electronic service.

                                                       /s/Rick Richmond  
                                                          Rick Richmond