IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EPIC SYSTEMS CORPORATION, a Wisconsin Corporation,<br><br>          Plaintiff/Counterclaim-Defendant,<br><br>     v.<br><br>TATA CONSULTANCY SERVICES LIMITED, an Indian Corporation; and TATA AMERICA INTERNATIONAL CORPORATION (d/b/a TCS America), a New York Corporation,<br><br>          Defendants/Counterclaim-Plaintiffs. | Case No. 14-cv-00748-wmc |

**TATA CONSULTANCY SERVICES LIMITED AND TATA AMERICA INTERNATIONAL CORPORATION'S NOTICE OF APPEAL**

Notice is hereby given that Defendants Tata Consultancy Services Limited and Tata America International Corporation hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Amended Judgment entered on July 12, 2022 (Dkt. 1046), and all rulings, proceedings, orders, findings, and decisions (whether oral or written) underlying that Amended Judgment, including, without limitation, the Order dated July 1, 2022 (Dkt. 1045).

Dated:    August 9, 2022            Respectfully submitted,

                                    By: /s/ Robert N. Hochman
                                    Robert N. Hochman (*pro hac vice*)
                                    SIDLEY AUSTIN LLP
                                    One South Dearborn
                                    Chicago, Illinois 60603
                                    rhochman@sidley.com
                                    Telephone: (312) 853-7000
                                    Fax: (312) 853-7036

Christopher M. Egleson (*pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
cegleson@sidley.com
Telephone: (213) 896-6000
Fax: (213) 896-6600

Barbara A. Neider
Jeffrey A. Mandell
STAFFORD ROSENBAUM LLP
222 West Washington Avenue,
Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784
bneider@staffordlaw.com
jmandell@staffordlaw.com
Telephone: (608) 256-0226
Fax: (608) 259-2600

*Counsel for Tata Consultancy Services Limited and Tata America International Corporation*