**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
120 North Henry Street
Madison, Wisconsin 53703-0432

*APPEAL INFORMATION PACKET*

Enclosed in this packet you will find 2 forms:

**1. Seventh Circuit Transcript Information Sheet**
The appellant shall complete a transcript form whether or not a transcript is ordered. Return the form to the DISTRICT COURT at the above address. If you are a Filing User in CM/ECF, you may file the completed form electronically under the event, "Transcript Request Form", located in the Appeals Documents category. If you are a CJA appointed attorney, please contact our office for a CJA 24 form or print it from the district court website at http://www.wiwd.uscourts.gov.

**2. Docket Sheet**
The docket sheet is available through PACER. The docket sheet lists all the pleadings, hearings, depositions, and transcripts filed in this case. (Only sent to pro se appellants.)

PLEASE REVIEW CIRCUIT RULE 10
This rule explains the preparation of the record that is sent to the appeals court. Federal Rules of Appellate Procedure & Seventh Circuit Rules are located at http://www.ca7.uscourts.gov.

PLEASE REVIEW CIRCUIT RULE 3(c)(1)
This rule explains the DOCKETING STATEMENT.

PLEASE REVIEW CIRCUIT OPERATING PROCEDURE 10
This rule explains that documents sealed in the district court will become a public record on appeal unless sealed by that court or pursuant to statute or rule of procedure.

**EXHIBITS**
Counsel must ensure that exhibits to be included in the record that are not in the possession of the district court clerk are furnished to the clerk within fourteen days after the filing of the notice of appeal. Counsel will be responsible for sending bulky exhibits to the court of appeals. Please contact the clerk's office with any questions.

| REFER QUESTIONS TO: | Clerk's Office for the Western District of WI (608) 264-5156 | or | U.S. Court of Appeals for the Seventh Circuit (312) 435-5850 |

August 2013

# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
|  | District Judge | Court Reporter |

☐ I am ordering transcript.
☐ I am not ordering transcript because:
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:    Date(s)

☐ Pretrial proceedings. Specify: _____    _____
☐ Voir Dire    _____

Trial or Hearing. Specify: _____    _____

☐ Opening statement    _____
☐ Instruction conference    _____
☐ Closing statements    _____
☐ Court instructions    _____
☐ Post-trial proceedings. Specify: _____    _____
☐ Sentencing    _____
☐ Other proceedings. Specify: _____    _____

Method of Payment: ☐ Cash    ☐ Check or Money Order    ☐ C.J.A. Voucher
Status of Payment: ☐ Full Payment    ☐ Partial Payment    ☐ No Payment Yet

Signature: _____    Telephone No. _____
Address: _____
_____    Date: _____

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made.*

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
|  |  |  |  |

Signature of Court Reporter: _____    Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: ● U.S.C.A. Clerk ● Service Copy ● District Court Clerk and to ● Party / Counsel Ordering Transcript.