UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION, a
Wisconsin Corporation,

        Plaintiff,

   v.

TATA CONSULTANCY SERVICES
LIMITED, an Indian Corporation; and TATA
AMERICA INTERNATIONAL
CORPORATION (dba TCS AMERICA), a
New York Corporation,

        Defendants.

Case No. 3:14-cv-00748-wmc

## EPIC SYSTEMS CORPORATION'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Epic Systems Corporation appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order dated September 23, 2024 (Dkt. 1065), which adjudicates all remaining claims and the rights and liabilities of all remaining parties, and any rulings, proceedings, orders, findings, and decisions (whether oral or written) underlying that Opinion and Order.

Respectfully submitted,

Dated:  October 22, 2024

*/s/ Kristin Graham Noel*

Kristin Graham Noel
kristin.noel@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: 608-251-5000
Fax: 608-251-9166

Nick G. Saros
nsaros@jenner.com
JENNER & BLOCK LLP
515 S. Flower St., Suite 3200
Los Angeles, CA 90071
Tel:  213-239-5100
Fax:  213-239-5199

*Attorneys for Plaintiff Epic
Systems Corporation*