# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

June 4, 2025

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 24-2882 | EPIC SYSTEMS CORPORATION,<br>Plaintiff - Appellant<br><br>v.<br><br>TATA CONSULTANCY SERVICES LIMITED and<br>TATA AMERICA INTERNATIONAL CORPORATION,<br>Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 3:14-cv-00748-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley |

The District Court's decision is REVERSED, with costs, and the case is REMANDED with instructions to award postjudgment interest on the $140 million punitive award starting October 3, 2017.

The above is in accordance with the decision of this court entered on this date.

Clerk of Court

.