# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 26, 2025

To: Joel W. Turner
UNITED STATES DISTRICT COURT
Western District of Wisconsin
Madison, WI 53703-0000

| No. 24-2882 | EPIC SYSTEMS CORPORATION, Plaintiff - Appellant v. TATA CONSULTANCY SERVICES LIMITED, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:14-cv-00748-wmc  Western District of Wisconsin  District Judge William M. Conley | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| AMOUNT OF BILL OF COSTS (do not include the $): | 792.00 |
|---|---|
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 06/26/2025 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**   (form ID: **135**)