# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen  
United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## BILL OF COSTS

June 26, 2025

Taxed in Favor of: **Appellant Epic Systems Corporation**

| | |
|---|---|
| No. 24-2882 | EPIC SYSTEMS CORPORATION, <br> Plaintiff - Appellant <br><br> v. <br><br> TATA CONSULTANCY SERVICES LIMITED, et al., <br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:14-cv-00748-wmc <br> Western District of Wisconsin <br> District Judge William M. Conley ||

The mandate or agency closing letter issued in this cause on June 26, 2025.

BILL OF COSTS issued in the amount of: $792.00.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | $792.00 |
|   |   | TOTAL: | $792.00 |

form name: **c7_BillOfCosts**    (form ID: **140**)